UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13

ANN MATTERA : BKY. NO. 16-18582-AMC
NUNZIO MATTERA, POA
    Debtors(s)

_____

## CERTIFICATE OF SERVICE

MARC PACHTMAN, attorney for the debtor(s), hereby certifies to the Court as follows:

1. I am not a party for the foregoing proceeding;
2. I am not less than 18 years of age;
3. I have this day served a copy of the foregoing **NOTICE OF OPPORTUNITY FOR HEARING and MOTION TO APPOINT NUNZIO MATTERA AS "NEXT FRIEND" FOR ANN MATTERA WITH ATTACHED MEMORANDUM OF LAW** on the following parties in interest via the Bankruptcy Court's Electronic Case Filing system as follows:

   William C. Miller
   Chapter 13 Trustee
   P.O. Box 40119
   Philadelphia, PA 19106

   U.S. Trustee
   833 Chestnut Street, Ste. 501
   Philadelphia, PA 19103

4. I have this day served a copy of the foregoing **NOTICE OF OPPORTUNITY FOR HEARING and MOTION TO APPOINT NUNZIO MATTERA AS "NEXT FRIEND" FOR DEBTOR ANN MATTERA** on all parties in interest on the attached creditor matrix by placing the same in an envelope, first-class mail, postage prepaid, addressed to each person at his dwelling house or usual place of abode or to the place where he regularly conducts his business or profession as follows:

5. To the best of my knowledge, information and belief, the parties in interest are not infants or incompetent persons;

6. Service as outlined herein was made within the United States of America.

DATED: April 13, 2017

Marc Pachtman
Pachtman Law Offices
2211 Chichester Ave, #201
Boothwyn, PA 19061
OSB #
(610) 859-3700
mpachtman@toughlawyers.net

| Debtor(s): Ann Mattera | Case No. 16-18582-AMC<br>Chapter: 13 | District Court for Eastern District of Pennsylvania |
|---|---|---|

Americollect, Inc.
PO Box 1566
Manitowoc, WI 54221

Comcast
4120 International Parkway
Suite 1100
Carrollton, TX 75007

EM Star Ambulance Service
PO Box 1056
Blue Bell, PA 19422

Nationwide Mortgage
PO Box 619094
Dallas, TX 75261-9741

Southeast Radiology Ltd
PO Box 64378
Saint Paul, MN 55164