UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:  Ann Mattera
Bankruptcy No. 16-18582
Adversary No.
Chapter       13

Date:   April 17, 2017

To:     Marc H. Pachtman

## NOTICE OF INACCURATE FILING

Re:  Motion to appoint next friend and Notice of Motion

The above pleading was filed in this office on **03/23/2017 and 04/13/2017.**  Please be advised that the following document(s) filed contains a deficiency as set forth below:

    ( )     Debtor's name does not match case number listed
    ( )     Debtor's name and/or case number (is) are missing
    ( )     Wrong PDF document attached
    ( )     PDF document not legible
    ( )     Notice of Motion/Objection
    ( )     Electronic Signature missing
    **(x)**   Other: NO PROPOSED ORDER FOR THE JUDGE TO SIGN

In order for this matter to proceed, please submit the above noted correction within fourteen (14) days from the date of this notice.  All replies with appropriate corrections should be submitted to the e-mail address of **qc@paeb.uscourts.gov**  . Otherwise, the matter will be referred to the Court.

Timothy B. McGrath
Clerk


By:  Donna Rockeymore
Deputy Clerk

CM-ECF 14 day notice.frm
4/30/04