IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| ANN MATTERA | | |
|     DEBTOR | : | |
| | : | BKY. NO: 16-18582-AMC |

_____

## **ORDER**

AND NOW, this        day of                    , 2017 upon consideration of the debtor(s) motion to appoint "Next Friend" for debtor and the court now being sufficiently advised,

IT IS HEREBY ORDERED that Nunzio Mattera be appointed "Next friend" for debtor, Ann Mattera.

BY THE COURT:

_____
J.

Attorney for Debtor:
Marc H. Pachtman, Esq.
Pachtman Law Offices
2211 Chichester Ave., Ste. 201
Boothwyn, PA 19061

Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107

Ann Mattera
MAILING ADDRESS:
PO BOX 2214
Boothwyn, PA 19061

William C. Miller, Chapter 13 Trustee
1234 Market Street
Suite 1813
Philadelphia, PA 19107