# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Ann Mattera <br>     Debtor | CHAPTER 13 |
| MTGLQ Investors, L.P. <br>     Movant <br> vs. <br> Ann Mattera <br>     Debtor | NO. 16-18582 AMC |
| William C. Miller, Esq. <br>     Trustee | 11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Motion for Relief from the Automatic Stay Under Section 362 of MTGLQ Investors, L.P., which was filed with the Court on or about November 13, 2017 (Document No. 44).

    Respectfully submitted,

    **/s/ Matteo S. Weiner, Esquire**
    Matteo S. Weiner, Esquire
    KML Law Group, P.C.
    BNY Mellon Independence Center
    701 Market Street, Suite 5000
    Philadelphia, PA 19106
    215-627-1322
    Attorneys for Movant/Creditor

Dated: December 20, 2017