United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                        Case No. 16-18582-amc
Ann Mattera                                                                   Chapter 13
Ann Mattera
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: Antoinett        Page 1 of 1        Date Rcvd: Dec 18, 2018
                            Form ID: trc           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 20, 2018.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13912599        +E-mail/Text: bkteam@selenefinance.com Dec 19 2018 02:40:32      MTGLQ Investors, L.P.,
                 c/o Selene Finance LP,   9990 Richmond Ave, Suite 400 South,    Houston, TX 77042-4546
                                                                                                TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 20, 2018                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 17, 2018 at the address(es) listed below:
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              MARC H. PACHTMAN    on behalf of Debtor Ann  Mattera mpachtman@comcast.net,
               cnicosia2211@comcast.net
              MATTEO SAMUEL WEINER    on behalf of Creditor    MTGLQ Investors, L.P. c/o Selene Finance LP
               bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    MTGLQ Investors, L.P. bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                                TOTAL: 6

**2100 B (12/15)**

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 16-18582-amc
Chapter 13

In re: Debtor(s) (including Name and Address)

Ann Mattera
586 Meetinghouse Road
Boothwyn PA 19061

Ann Mattera
MAILING ADDRESS:
PO BOX 2214
Boothwyn PA 19061

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 12/17/2018.

Name and Address of Alleged Transferor(s):

Claim No. 2: MTGLQ Investors, L.P., c/o Selene Finance LP, 9990 Richmond Ave, Suite 400 South, Houston, TX 77042

Name and Address of Transferee:

U.S. Bank Trust National Association, as Trustee
C/O SN Servicing Corp.
323 5th Street
Eureka, CA 95501

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   12/20/18

Tim McGrath
**CLERK OF THE COURT**