# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 16-18582-AMC

ANN MATTERA

P.O. BOX 2214

BOOTHWYN, PA 19061-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    ANN MATTERA

    P.O. BOX 2214

    BOOTHWYN, PA 19061-

Counsel for debtor(s), by electronic notice only.

    MARC H. PACHTMAN ESQ
    PACHTMAN LAW OFFICES
    2211 CHICHESTER AVE  STE 201
    BOOTHWYN, PA 19061

                                          /S/ William C. Miller

Date: 5/3/2019                                        _____

                                                        William C. Miller, Esquire
                                                        Chapter 13 Standing Trustee