UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                :

ANN MATTERA
                                                      : Bankruptcy No. 16-18582 AMC
Debtor                                                : Chapter 13

## PRAECIPE FOR WITHDRAWAL OF APPEARANCE

To the Clerk of the Court:

Kindly withdraw the appearance of Marc H. Pachtman, as Counsel to the Debtor in the above-captioned proceeding, and remove the information listed below from the Service List.

Marc H. Pachtman, Esquire
Pachtman Law Offices
2211 Chichester Avenue, Suite 201
Boothwyn, PA 19061
Telephone: (610) 859-3700
Facsimile: (610) 859-0777

PACHTMAN LAW OFFICES

By: */s/ Marc H. Pachtman, Esquire*
Marc H. Pachtman, Esquire

## PRAECIPE FOR ENTRY OF APPEARANCE

To the Clerk of the Court:

Kindly enter the appearance of Michael T. Malarick, Esquire, as Counsel to the Debtor in the above-captioned proceeding, and add the information listed below to the Service List:

Michael T. Malarick, Esquire
2211 Chichester Avenue, Suite 201-B
Boothwyn, PA 19061
Telephone: (610) 816-6683
Facsimile: (610) 561-5967

Date: February 3, 2020                                By: */s/ Michael T. Malarick, Esquire*
Michael T. Malarick, Esquire