**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:

                              Chapter 13

                              Bankruptcy No. 16-18582-AMC

ANN MATTERA

P.O. BOX 2214

BOOTHWYN, PA 19061-

      Debtor

## **CERTIFICATE OF SERVICE**

      **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    ANN MATTERA

    P.O. BOX 2214

    BOOTHWYN, PA 19061-

Counsel for debtor(s), by electronic notice only.

    MARC H. PACHTMAN ESQ
    PACHTMAN LAW OFFICES
    2211 CHICHESTER AVE  STE 201
    BOOTHWYN, PA 19061

                                                          /S/ William C. Miller

Date: 6/8/2020                                    _____

                                                     William C. Miller, Esquire
                                                     Chapter 13 Standing Trustee