**UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:**  ANN MATTERA | **Chapter 13** |
| **Debtor** | **Bankruptcy No.** 16-18582-AMC |

# O R D E R

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

Dated: August 11, 2020

————————————————
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
MARC H. PACHTMAN ESQ
PACHTMAN LAW OFFICES
2211 CHICHESTER AVE  STE 201
BOOTHWYN, PA 19061

Debtor:
ANN MATTERA

P.O. BOX 2214

BOOTHWYN, PA 19061-