United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 16-18582-amc
Ann Mattera                                                               Chapter 13
Ann Mattera
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Lisa              Page 1 of 2                  Date Rcvd: Aug 11, 2020
                              Form ID: pdf900         Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 13, 2020.
db            +Ann Mattera,    586 Meetinghouse Road,    Boothwyn, PA 19061-3501
db            +Ann Mattera,    MAILING ADDRESS,   PO Box 2214,    Boothwyn, PA 19061-8214
cr             U.S. Bank Trust National Association as Trustee of,    Law Offices of Michelle Ghidotti,
                1920 Old Tustin Avenue,    Santa Ana
13835946      +Comcast,   4120 International Parkway,    Suite 1100,    Carrollton, TX 75007-1958
13835947      +EM Star Ambulance Service,    P.O. Box 1056,    Blue Bell, PA 19422-0287
14247285      +Kathy Watson,    c/o SN Servicing Corporation Bankruptcy,    Manager  323 5th Street,
                Eureka, CA 95501-0305
13835948      +Nationstar Mortgage,    PO Box 619094,   Dallas, TX 75261-9094
13850047      +Nationstar Mortgage LLC,    c/o Brian C. Nicholas Esquire,    KML Law Group P.C.,
                701 Market St ste 5000,    Philadelphia Pa 19106-1541
13835949      +Southeast Radiology Ltd,    PO Box 64378,    Saint Paul, MN 55164-0378

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: megan.harper@phila.gov Aug 12 2020 04:24:58      City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 12 2020 04:24:47
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 12 2020 04:24:53     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
cr            +E-mail/PDF: gecsedi@recoverycorp.com Aug 12 2020 04:32:05      Synchrony Bank,
                c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
cr            +E-mail/Text: bknotices@snsc.com Aug 12 2020 04:25:07
                U.S. Bank Trust National Association as Trustee of,    c/o SN Servicing Corp.,   323 5th Street,
                Eureka, CA 95501-0305
13835945       E-mail/Text: ebn@americollect.com Aug 12 2020 04:24:51      Americollect Inc,   PO Box 1566,
                Manitowoc, WI 54221
13912599      +E-mail/Text: bkteam@selenefinance.com Aug 12 2020 04:24:39      MTGLQ Investors, L.P.,
                c/o Selene Finance LP,    9990 Richmond Ave, Suite 400 South,    Houston, TX 77042-4546
13856354      +E-mail/Text: bankruptcy@sccompanies.com Aug 12 2020 04:25:09      Montgomery Ward,
                c/o Creditors Bankruptcy Service,    P.O. Box 800849,   Dallas, TX 75380-0849
13869687      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 12 2020 04:32:45
                PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
14247142      +E-mail/Text: bknotices@snsc.com Aug 12 2020 04:25:07
                U.S. Bank Trust National Association, as Trustee,    C/O SN Servicing Corp.,   323 5th Street,
                Eureka, CA 95501-0305
                                                                                              TOTAL: 10

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           +MTGLQ Investors, L.P. c/o Selene Finance LP,    9990 Richmond Avenue,    Suite 400 South,
                Houston, TX 77042-4546
                                                                                            TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 13, 2020                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 11, 2020 at the address(es) listed below:
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              BRIAN E. CAINE    on behalf of Creditor    U.S. Bank Trust National Association as Trustee of
               Chalet Series III Trust bcaine@parkermccay.com,   BKcourtnotices@parkermccay.com

```
District/off: 0313-2          User: Lisa                    Page 2 of 2                  Date Rcvd: Aug 11, 2020
                              Form ID: pdf900               Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        MATTEO SAMUEL WEINER    on behalf of Creditor    MTGLQ Investors, L.P. c/o Selene Finance LP bkgroup@kmllawgroup.com
        MATTEO SAMUEL WEINER    on behalf of Creditor    MTGLQ Investors, L.P. bkgroup@kmllawgroup.com
        MICHAEL T. MALARICK    on behalf of Debtor Ann  Mattera michael@malaricklaw.com, t.mr70336@notify.bestcase.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com

                                                                                                                                                      TOTAL: 7

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                          Chapter 13
ANN MATTERA

       Debtor               Bankruptcy No. 16-18582-AMC

# <u>O R D E R</u>

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

Dated: August 11, 2020

                                    Ashely M. Chan
                                    Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
MARC H. PACHTMAN ESQ
PACHTMAN LAW OFFICES
2211 CHICHESTER AVE STE 201
BOOTHWYN, PA 19061

Debtor:
ANN MATTERA

P.O. BOX 2214

BOOTHWYN, PA 19061-